IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR419 091

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| --- | --- | --- |
| | ) | |
| v. | ) | 18 U.S.C. § 1111 |
| | ) | Premeditated Murder |
| STAFON JAMAR DAVIS, | ) | |
| a/k/a "BISHOP" | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| | ) | Prohibited Person |

### ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

So ORDERED this 4th day of June, 2019.

_____
HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2