IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR419-91 |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 1111 |
| | ) | Premeditated Murder |
| STAFON JAMAR DAVIS, | ) | |
| a/k/a "BISHOP" | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| | ) | Prohibited Person |

### ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be unsealed.

So ORDERED this 6th day of June, 2019.

HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA