IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No: 4:19CR91 |
| ) | |
| STAFON JAMAR DAVIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by A. J. Balbo, counsel for Defendant, for the dates of July 1, 2019 through July 5, 2019, September 18, 2019 through September 23, 2019, November 25, 2019 through December 2, 2019. (Doc. 24.) After careful consideration, said Motion is **GRANTED**.

SO ORDERED, this 26th day of June, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA