# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 4:19-CR-91 |
| ) | |
| STAFON JAMAR DAVIS, ) | |
| a/k/a "BISHOP," ) | |

## ORDER

After careful consideration, the Government's Motion to Disclose Sealed Docket Entries and Defendant's Presentence Investigation Report, doc. 38, is **GRANTED**. The Government may disclose to the defense all information contained in SDGA dockets MJ 4:18-56 and CR 4:19-91. Sealed entries in those dockets shall otherwise remain under seal until further order of this Court.

The Government's request to disclose to the defense the Defendant's presentence investigation report in SDGA Case No. CR 4:10-258 is also **GRANTED**.

All items disclosed to counsel shall be handled in accordance with the terms of this Court's Protective Order.

**SO ORDERED** this 27th day of June, 2019.

HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA