IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No: 4:19CR91 |
| ) | |
| STAFON DAVIS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on the Motion for Leave of Absence by Jennifer G. Solari, counsel for Plaintiff, for the dates of July 15, 2019 through July 17, 2019, July 24, 2019 through July 26, 2019, August 8, 2019, and August 12, 2019 through August 16, 2019. (Doc. 50.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 9th day of July, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA