# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 419-91 |
| | ) | |
| STAFON JAMAR DAVIS | ) | |
| | ) | |

## SCHEDULING ORDER

Pursuant to the Court's instructions at the Status Conference held on July 11, 2019, the parties submitted a proposed joint scheduling order. *See* doc 52 (Minute Entry); doc. 64 (Proposed Schedule). The Court has considered the parties' submission and adopts the proposed deadlines as follows:

| DATE | DEADLINE |
|---|---|
| August 1, 2019 | -- Government's Motion for Reciprocal Discovery |
| September 1, 2019 | -- Defendant's Delivery of Reciprocal Discovery to Government[1] <br><br> -- Discovery from both parties to be provided on a rolling basis hereafter unless otherwise ordered. |

---

[1] Defendant filed his Motion for Discovery shortly before his arraignment. Doc. 23. At defendant's arraignment, the Government indicated that it would follow its liberal discovery policy in this case. *See* doc. 30. The Government has filed its Motion for Reciprocal Discovery, which stands unopposed. Doc. 71. As the requested schedule reflects that the parties have agreed to provide discovery to each other on a rolling basis, the Court infers that neither opposes the requested discovery. The Court, therefore, **GRANTS** defendant's motion for discovery, doc. 23, and the Government's reciprocal motion, doc. 71.

1

| October 1, 2019 | -- Motions Pursuant to Fed. R. Crim. P. 12(b)(3) |
| | -- Defendant's Notice of Insanity Defense and/or Expert Evidence of a Mental Condition Pursuant to Fed. R. Crim. P. 12.2(a)-(b) |
| October 15, 2019 | -- Defendant's Notice of Alibi Defense Pursuant to Fed. R. Crim. P. 12.2 |
| | -- Government's Request for Mental Examination Pursuant to Fed. R. Crim. P. 12.2(c)(1)(B) |
| November 1, 2019 | -- Responses to Motions Filed Pursuant to Fed. R. Crim. P. 12(b)(3) |
| December 2, 2019 | -- Defendant's Submission of Evidence in Mitigation to U.S. Attorney's Office |
| December 9, 2019 | -- Government's Submission to United States Department of Justice of Memorandum and U.S. Attorney Recommendation re: Death Penalty |
| January 6, 2020 | -- Government's Notice Pursuant to Fed. R. Evid. 702 and Fed. R. Crim. P. 16(a)(1)(G) |
| February 7, 2020 | -- Defendant's Notice Pursuant to Fed. R. Evid. 702 and Fed. R. Crim. P. 16(b)(1)(C) |
| February 21, 2020 | -- Government's Supplemental Expert Notice Pursuant to Fed. R. Evid. 702 and Fed. R. Crim. P. 16(a)(1)(G) |
| March 21, 2020 | -- Parties' Notice Pursuant to Fed. R. Evid. 404(b), 609, 807 and 902 |
| | -- Motions for Judicial Notice |
| | -- Trial Stipulations |
| April 1, 2020 | -- Government's Notice of Intent to Seek or Not Seek Death Penalty |

The Court also adopts the parties' proposals for tentative deadlines for pre-trial procedures. If the U.S. Attorney General elects to seek the death penalty, the Court will revisit the remainder of this scheduling order with the parties to address motions pertaining to capital punishment. Although the deadlines are tentative, as they are calculated based on the days before an as-yet-undetermined trial date, the Court emphasizes that they are purely provisional and subject to the modification at the discretion of the District Judge. The tentative pre-trial deadlines are adopted as follows:

| Trial-120 | -- Pretrial Motions *in Limine* |
|---|---|
| Trial-106 | -- Responses to Motions *in Limine* |
| Trial-99 | -- Replies in Support of Motions *in Limine* |
| Trial-90 | -- Hearing on Motions *in Limine* and Pretrial Admission of Evidence |
| Trial-30 | -- Supplemental Hearing on Pretrial Admission of Evidence, if Needed<br><br>-- Additional Stipulations |
| Trial-21 | -- Proposed Voir Dire and Jury Instructions<br><br>-- Remaining *Giglio*/*Jencks*/Fed. R. Crim. P. 26.2 Disclosures |
| Trial-14 | -- Objections to Proposed Voir Dire and Jury Instructions |
| Trial-8 | -- Trial Memoranda (if needed)<br><br>-- Parties' witness and exhibit lists emailed to Courtroom Deputy (in PDF and Word formats)<br><br>-- Parties' trial exhibits in electronic format (on USB drive) to Courtroom Deputy |

| Trial-7 | -- Pretrial Conference |
| Trial | -- **Trial** |

Since this case has been previously designated complex, the statutory time limits imposed by 18 U.S.C. § 1361 for pretrial proceedings are tolled. Doc. 49

**SO ORDERED,** this 26th day of August, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA