**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF GEORGIA SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR 419-91** |
| | ) | |
| **STAFON JAMAR DAVIS** | ) | |
| | ) | |

## AMENDED SCHEDULING ORDER

At the Status Conference on September 16, 2019, the parties indicated that additional time might be necessary for defendant to adequately review the Government's discovery and gather mitigating evidence to present to the United States Attorney General. Doc. 106. They now move, jointly, to modify the Scheduling Order[1] (doc. 102) in this case. Doc. 107. The Court has considered the parties' submission, GRANTS the motion (doc. 107), and adopts the proposed deadlines as follows:

---

[1] The Court adopted the parties' proposed Scheduling Order at the same time it granted the Government's Motion for Reciprocal Discovery. Doc. 102. Although that Order functioned as a Scheduling Order, it was not docketed as such, and the parties' motion to adopt their proposed scheduling order remains pending. Doc. 64. Since that motion was implicitly granted, doc. 102, and since the Court now adopts an Amended Scheduling Order, the Clerk is **DIRECTED** to **TERMINATE** the motion (doc. 64) as moot.

| DATE | DEADLINE |
|---|---|
| November 1, 2019 | -- Defendant's Notice of Alibi Defense Pursuant to Fed. R. Crim. P. 12.2<br><br>-- Defendant's Notice of Insanity Defense and/or Expert Evidence of a Mental Condition Pursuant to Fed. R. Crim. P. 12.2(a)-(b) |
| November 15, 2019 | -- Motions Pursuant to Fed. R. Crim. P. 12(b)(3)<br><br>-- Government's Request for Mental Examination Pursuant to Fed. R. Crim. P. 12.2(c)(1)(B) |
| December 16, 2019 | -- Responses to Motions Filed Pursuant to Fed. R. Crim. P. 12(b)(3) |
| February 4, 2020 | -- Defendant's Submission of Evidence in Mitigation to U.S. Attorney's Office |
| February 18, 2020 | -- Government's Submission to United States Department of Justice of Memorandum and U.S. Attorney Recommendation re: Death Penalty |
| March 4, 2020 | -- Government's Notice Pursuant to Fed. R. Evid. 702 and Fed. R. Crim. P. 16(a)(1)(G) |
| April 6, 2020 | -- Defendant's Notice Pursuant to Fed. R. Evid. 702 and Fed. R. Crim. P. 16(b)(1)(C) |
| April 20, 2020 | -- Government's Supplemental Expert Notice Pursuant to Fed. R. Evid. 702 and Fed. R. Crim. P. 16(a)(1)(G) |
| May 20, 2020 | -- Parties' Notice Pursuant to Fed. R. Evid. 404(b), 609, 807 and 902<br><br>-- Motions for Judicial Notice<br><br>-- Trial Stipulations |

| June 1, 2020 | -- Government's Notice of Intent to Seek or Not Seek Death Penalty |
|---|---|

The Court also adopts the parties' proposals for tentative deadlines for pre-trial procedures. If the U.S. Attorney General elects to seek the death penalty, the Court will revisit the remainder of this scheduling order with the parties to address motions pertaining to capital punishment. Although the deadlines are tentative, as they are calculated based on the days before an as-yet-undetermined trial date, the Court emphasizes that they are purely provisional and subject to the modification at the discretion of the District Judge. The tentative pre-trial deadlines are adopted as follows:

| Trial-120 | -- Pretrial Motions *in Limine* |
|---|---|
| Trial-106 | -- Responses to Motions *in Limine* |
| Trial-99 | -- Replies in Support of Motions *in Limine* |
| Trial-90 | -- Hearing on Motions *in Limine* and Pretrial Admission of Evidence |
| Trial-30 | -- Supplemental Hearing on Pretrial Admission of Evidence, if Needed<br><br>-- Additional Stipulations |
| Trial-21 | -- Proposed Voir Dire and Jury Instructions<br><br>-- Remaining *Giglio*/*Jencks*/Fed. R. Crim. P. 26.2 Disclosures |
| Trial-14 | -- Objections to Proposed Voir Dire and Jury Instructions |
| Trial-8 | -- Trial Memoranda (if needed) |

| | |
|---|---|
| | -- Parties' witness and exhibit lists emailed to Courtroom Deputy (in PDF and Word formats) <br><br> -- Parties' trial exhibits in electronic format (on USB drive) to Courtroom Deputy |
| Trial-7 | -- Pretrial Conference |
| Trial | -- **Trial** |

Since this case has been previously designated complex, the statutory time limits imposed by 18 U.S.C. § 1361 for pretrial proceedings are tolled. Doc. 49

    **SO ORDERED,** this 1st day of October, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA