# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 4:19-CR-091 |
| | ) | |
| **STAFON JAMAR DAVIS** | ) | |
| a/k/a "BISHOP" | ) | |

## SECOND AMENDED SCHEDULING ORDER

At the Status Conference on December 12, 2019, the parties indicated that additional time was necessary for defendant to gather mitigating evidence to present to the United States Attorney General. Doc. 131. They now move, jointly, to modify the Amended Scheduling Order (doc. 108) in this case. Doc. 132. The Court has considered the parties' submission, GRANTS the motion (doc. 132), and adopts the proposed deadlines as follows:

| DATE | DEADLINE |
|---|---|
| April 15, 2020 | -- Defendant's Submission of Evidence in Mitigation to U.S. Attorney's Office<br><br>-- Defendant's Notice of Alibi Defense Pursuant to Fed.R.Crim.P. 12.1<br><br>-- Defendant's Notice of Insanity Defense and/or Expert Evidence of a Mental Condition Pursuant to Fed.R.Crim.P. 12.2(a)-(b) |
| April 30, 2020 | -- Government's Submission to DOJ of Memorandum and U.S. Attorney's Recommendation re: Death Penalty |
| May 13, 2020 | -- Motions Pursuant to Fed.R.Crim.P. 12(b)(3)<br><br>-- Government's Request for Mental Examination Pursuant to Fed.R.Crim.P. 12.2(c)(1)(B) |

|  | -- Government's Notice Pursuant to Fed.R.Evid. 702 and Fed.R.Crim.P. 16(a)(1)(G)<br><br>-- Parties' Notice Pursuant to Fed.R.Evid. 404(b) and 609(b) |
|---|---|
| June 15, 2020 | -- Responses to Motions Filed Pursuant to Fed.R.Crim.P. 12(b)(3)<br><br>-- Defendant's Notice Pursuant to Fed.R.Evid. 702 and Fed.R.Crim.P. 16(b)(1)(C) |
| July 3, 2020 | -- Government's Supplemental Expert Notice Pursuant to Fed.R.Evid. 702 and Fed.R.Crim.P. 16(a)(1)(G) |
| July 24, 2020 | -- Parties' Notice Pursuant to Fed.R.Evid. 807 and 902 |
| Not later than September 1, 2020 | -- Government's Notice of Intent to Seek or Not Seek the Death Penalty |

The Court also adopts the parties' proposals for tentative deadlines for pre-trial procedures. If the U.S. Attorney General elects to seek the death penalty, the Court will revisit the remainder of this scheduling order with the parties to address motions pertaining to capital punishment. Although the deadlines are tentative, as they are calculated based on the days before an as-yet-undetermined trial date, the Court emphasizes that they are purely provisional and subject to the modification at the discretion of the District Judge. The tentative pre-trial deadlines are adopted as follows:

| Trial-120 | -- Pretrial Motions *in Limine*, including any motions relating to expert testimony<br><br>-- Motions for Judicial Notice<br><br>-- Trial Stipulations |
|---|---|

| Trial-106 | -- Responses to Motions *in Limine* |
|---|---|
| Trial-99 | -- Replies in Support of Motions *in Limine* |
| Trial-90 | -- Hearing on Motions *in Limine* and Pretrial Admission of Evidence |
| Trial-30 | -- Supplemental Hearing on Pretrial Admission of Evidence, if Needed<br><br>-- Additional Stipulations |
| Trial-21 | -- Proposed Voir Dire and Jury Instructions<br><br>-- Remaining *Giglio*/*Jencks*/Fed.R.Crim.P. 26.2 Disclosures |
| Trial-14 | -- Objections to Proposed Voir Dire and Jury Instructions |
| Trial-8 | -- Trial Memoranda (if needed)<br><br>-- Parties' witness and exhibit lists emailed to Courtroom Deputy (in PDF and Word formats)<br><br>-- Parties' trial exhibits in electronic format (on USB drive) to Courtroom Deputy |
| Trial-7 | -- Pretrial Conference |
| Trial | -- **Trial** |

As this case has been previously designated complex, the statutory time limits imposed by 18 U.S.C. § 1361 for pretrial proceedings are tolled. Doc. 49

**SO ORDERED,** this 30th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA