# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CASE NO: 4:19-CR-091 |
| ) | |
| STAFON JAMAR DAVIS       ) | |
| a/k/a/ "BISHOP"          ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the Government's Position Regarding Retroactive Application of Amendment 821 to the Defendant's Sentencing Guidelines be sealed until further Order of this Court, excepting only such disclosures as the government deems necessary to comply with its obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).

So ORDERED this  **17th**  day of January 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA